# Lee Litigation Group, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

May 10, 2019

**VIA ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Colon v. America Works of New York, Inc. et al*
   Case No. 18-cv-10812

Dear Judge Schofield:

We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request extending the time to reopen by thirty (30) days, in order to allow the parties to finalize the terms of the proposed settlement agreement. Currently, the deadline to restore this action to the docket is May 10, 2019.

This is the first request for the relief requested herein.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*

C.K. Lee, Esq.


cc: all parties via ECF