```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARLOS COLON,                                               :
                                        Plaintiff,          :
                                                            :          18 Civ. 10812 (LGS)
                -against-                                   :
                                                            :                ORDER
AMERICA WORKS OF NEW YORK, INC., ET                         :
AL.,                                                        :
                                        Defendants.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 2, 2019, the Court approved the parties' settlement agreement and attorneys' fees as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015). The Court, however, did not approve Plaintiff's request for costs, because counsel did not file records substantiating the costs;

WHEREAS, on August 5, 2019, Plaintiff's counsel filed cost records. It is hereby

**ORDERED** that the settlement agreement is **APPROVED**, and the request for $4,837.33 in attorneys' fees and $496 in costs is **GRANTED**.

Dated: August 6, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**